## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 8:14-cv-00666-JSM-MAP |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS MILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve Defendant with a Summons and Complaint, and states:

1. This is a copyright infringement case originally against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2. On April 2, 2014, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Comcast Cable Holdings, LLC, to obtain the Defendant's identifying information [CM/ECF 6]. Plaintiff issued the subpoena the very same day, and received the ISP's response on July 2, 2014.

3. On July 16, 2014, Plaintiff amended its Complaint to name the Defendant which was identified by the ISP, and filed a proposed summons to be issued by the Clerk. Upon receipt of the clerk issued summons, Plaintiff will immediately request that its process server begin attempting to serve the Defendant.

1

4.      Pursuant to Rule 4(m), Plaintiff's deadline to effectuate service on Defendant is today, July 16, 2014.

5.      Procedurally, Plaintiff respectfully requests that the time within which it must effectuate service of a summons and Complaint on Defendant be extended by an additional thirty (30) days, or until August 15, 2014.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the John Doe Defendant be extended until August 15, 2014.  A proposed order is attached for the Court's convenience.

Dated: July 16, 2014

Respectfully submitted,

By: /s/ M. Keith Lipscomb
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ M. Keith Lipscomb